LANG, Respondent, v. SESSLER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Samuel B. Lang against Alois Sessler and others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the ground that it does not appear that the examination is necessary

to enable petitioner to frame his complaint, or for the prosecution of the action, or to perpetuate testimony.